**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 24-20212 TLP-tmp |
| | ) | |
| v. | ) | 18 U.S.C. § 875(c) |
| | ) | 18 U.S.C. § 1512(d)(1) |
| | ) | 18 U.S.C. § 2261(b)(5) |
| **ABED-AL MAJID AWWAD,** | ) | 18 U.S.C. § 2261(b)(6) |
| | ) | 18 U.S.C. § 2261A(2)(A) |
| Defendant. | ) | 18 U.S.C. § 2261A(2)(B) |
| | ) | |

# I N D I C T M E N T

**THE GRAND JURY CHARGES**:

## COUNT 1

Between on or about October 5, 2022, until on or about October 18, 2024, in the Western District of Tennessee, and elsewhere, the defendant,

**ABED-AL MAJID AWWAD**

did, with the intent to harass and intimidate D.A. and H.A., use any interactive computer service, any electronic communication service, any electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct, including sending electronic messages to D.A. and H.A. that threatened acts of violence, that placed D.A. and H.A. in reasonable fear of death or serious bodily injury, and caused and attempted to cause, and would reasonably be expected to cause substantial emotional distress to D.A. and H.A., and did so in violation of an injunction or other order as described in Title 18, United States Code, Section 2266, all in violation of Title 18, United States Code, Sections 2261A(2)(A) and (B) and

2261(b)(5) and (b)(6).

## COUNTS 2, 3, 4 & 5

On or about the dates set forth in the table below, in the Western District of Tennessee, and elsewhere, the defendant,

**ABED-AL MAJID AWWAD**

knowingly and willfully transmitted in interstate and foreign commerce communications containing a threat to injure the person of another, to wit, the defendant sent text messages and made public posts on Instagram that contained threats to injure D.A. and H.A.

| COUNTS | CONTENT OF THREAT | APPROXIMATE DATE OF THREAT |
|---|---|---|
| 2 | Instagram post: "I wack ur aunts cousins whole bloodline" and "I wack all yall straight head shots and heart shots" | October 6, 2024 |
| 3 | Text Message: "Wallah I kill all yall who gon stop me then ill leave the country" and "Wallah I kill all yall just cuz yall playin w me" | October 10, 2024 |
| 4 | Text Message: "Used ass bitch whore imma kill u just to kill u" | October 14, 2024 |
| 5 | Text Message: "I cut it titties and off and ur vagina" and "I cut em off" | October 14, 2024 |

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 6

On or about October 18, 2024, in the Western District of Tennessee, the defendant,

**ABED-AL MAJID AWWAD**

did intentionally harass another person, D.A., and did thereby dissuade D.A. from assisting a criminal prosecution to be sought and instituted, in violation of Title 18, United States Code, Section 1512(d)(4).

A T R U E B I L L :

_____
F O R E P E R S O N

DATED: November 12, 2024

_____
**REAGAN TAYLOR FONDREN
ACTING UNITED STATES ATTORNEY**